FIRST NATIONAL TRUST & SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator c. t. a. of FRANK CROZIER, Plaintiff, v. J. ROY BROWNING, as Trustee in Bankruptcy of BURTON COAL COMPANY et al., Appellants and Respondents; THOMAS M. HOYNE, II, et al., as Administrators of the Estate of MACLAY HOYNE, Deceased, Respondents and Appellants, and UNITED STATES STEEL CORPORATION et al., Respondents, Impleaded with Another.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 569.)

MANUFACTURERS TRUST COMPANY, as Trustee, Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor and Trustee under the Will of HERMAN SIMON, Deceased, Appellant, and MALVIN LICHTER, as Administrator of the Estate of CONSTANCE LICHTER, Deceased, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended to provide that costs be payable out of the trust fund to all parties respondent appearing and filing briefs. (See 282 N. Y. 790.)

JOHN BAILER, Respondent, v. EUPHEMIA RINGE et al., Appellants.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 778.)